IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:24-cr-00039-MR-WCM-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **(3) ACREL CHARLES SIMON,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 66].

Upon review of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 66] is **GRANTED**, and the Bill of Indictment in this case is hereby **DISMISSED WITHOUT PREJUDICE** as to the Defendant Acrel Charles Simon only.

**IT IS SO ORDERED.**

Signed: December 31, 2024

Martin Reidinger
Chief United States District Judge